UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA   §        CASE NO.3:18–CR 00567-B

vs.                                            §        Hon. Jane J. Boyle

GUSTAVO PALAFOX-ACUNA        §

## MOTION TO SUBSTITUTE COUNSEL

Defendant Gustavo Palafox-Acuna has retained Norman Silverman as lead Counsel and Daphne Silverman as Co-Counsel to represent him in this case. Defendant moves the Court to terminate the representation of Tim Menchu and permit the substitution of Norman Silverman and Daphne Silverman as Counsel for Mr. Palafox-Acuna.

Respectfully Submitted,
/s/ Norman Silverman
Norman Silverman
TB# 00792207
Daphne Silverman
TB#06739550
501 N IH 35
Austin, Texas  78702

CERTIFICATE OF SERVICE

I certify that this Motion to Substitute Counsel was filed via the Court's ECF system and was contemporaneously served upon the government via the ECF system.

/s/ Norman Silverman
Norman Silverman

1

## CERTIFICATE OF CONFERENCE

I certify that on November 7, 2018 I conferred with AUSA George Leal regarding the requested substitution of counsel. The was not opposed to the substitution of counsel.

I further certify that on November 7, 2018, I conferred with Tim Menchu and informed him of the proposed substitution of counsel and he is unopposed.

/s/ Norman Silverman
Norman Silverman